PROB 34  
(Rev. 8/94)

Report and Order Terminating Probation/  
Supervised Release

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MONTANA

**FILED**

OCT - 2 2009

PATRICK E. DUFFY, CLERK  
By_____  
DEPUTY CLERK, MISSOULA

**UNITED STATES OF AMERICA**

v.                                   Criminal No. CR 04-21-M-DWM-01

**STEVEN NEIL MOREY**

It appearing that the above named defendant has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on September 19, 2009, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____  
Martin Hyland  
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___2nd___ day of ___October___, 2009

_____  
Donald W. Molloy  
United States District Judge